**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS C. WISE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-01253 |
| vs. | : | (Complaint Filed 7/5/2011) |
| **MICHAEL J. ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | (Judge Caputo) |
| Defendant | : | |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Thomas C. Wise and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Thomas C. Wise social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security for further proceedings.

3. The Clerk of Court shall close this case.

                                                s/A. Richard Caputo
                                                A. RICHARD CAPUTO
                                                United States District Judge

Dated: September 27, 2012