AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

THOMAS C. WISE,
*Plaintiff*
v.
MICHAEL ASTRUE, COMM. of SOCIAL SECURITY
*Defendant*

Civil Action No. 4:11-CV-01253

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Judgment is entered in favor of the Plaintiff, Thomas C. Wise, and against the Defendant,, Michael Astrue, Commissioner of Social Security. The decision of the Commissioner of Social Security denying Thonmas C. Wise social security disabiltiy insurance benefits is vacated and the case remanded to the Commissioner of Social Security for further proceedings.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge A. Richard Caputo

Date: 09/27/2012

*CLERK OF COURT*

/s/ Judith A. Malave
*Signature of Clerk or Deputy Clerk*

Print Save As... Reset